IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FOSTER W. GULLEY,
and CHARLOTTE A.B. GULLEY,
    Plaintiffs,

vs.                                        Case No: 3:06cv337/LAC/EMT

ESCAMBIA COUNTY, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 13, 2006. Plaintiffs has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of objections filed.

Having considered the report and recommendation, and the objections thereto, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED WITH PREJUDICE** for failure to state a claim on which relief may be granted and for seeking monetary relief against a Defendant who is immune from such relief, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii, iii).

**DONE AND ORDERED** this 20th day of November, 2006.

                                                     s/*L.A. Collier*
                                                     **LACEY A. COLLIER**
                                                     **SENIOR UNITED STATES DISTRICT JUDGE**